# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, § § § § Plaintiff, § § v. § § BLUE CROSS AND BLUE SHIELD § OF KANSAS; ORCHESTRATE HR, § INC. and VIVATURE, INC., § § Defendants. | Civil Action No. 6:20-cv-01367-HLT-TJJ |

## ATTORNEY NOTICE OF NEW ADDRESS AND FIRM

Please take notice of the undersigned attorney's new contact information and change of firm. Accordingly, please forward all correspondence, filings, and service in this matter to Jose M. Portela as indicated below.

>Jose M. Portela
>BECKHAM PORTELA
>3400 Carlisle Street
>Suite 550
>Dallas, Texas 75204
>Phone: 214-965-9300
>Facsimile: 214-965-9301
>Email: jose@bptriallaw.com
>
>*Counsel for Defendants Orchestrate HR, Inc. and Vivature, Inc.*

>Respectfully submitted,
>
>/s/ Jose M. Portela
>Brenda L. Head
>Kansas State Bar No. 15657
>FRIEDEN & FORBES, LLP
>1414 S.W. Ashworth Place, Suite 201
>Topeka, KS 66604
>TEL: 785/354-1100
>FAX: 785/354-1113
>bhead@fflawllp.com

>Jose M. Portela
>jose@bptriallaw.com
>BECKHAM PORTELA
>3400 Carlisle Street
>Suite 550
>Dallas, Texas 75204
>Phone: 214-965-9300
>Facsimile: 214-965-9301
>
>*Counsel for Defendants Orchestrate HR, Inc. and Vivature, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing document was served on all counsel of record via electronic filing on April 20, 2022.

>/s/ Jose M. Portela
>Jose M. Portela