IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>BLUE CROSS AND BLUE SHIELD OF KANSAS; ORCHESTRATE HR, INC.; and, VIVATURE, INC.;<br><br>        Defendants. | Case No.: 6:20-cv-01367-HLT-TJJ |

## NOTICE OF APPEAL

COMES NOW plaintiff, The Cincinnati Insurance Company, and pursuant to Fed. R. App. P. 4(a)(1)(A), hereby gives notice of its intent to appeal the Court's sealed Order dated July 25, 2022 (Doc. 54) granting in part defendant Blue Cross and Blue Shield of Kansas' motion to enforce settlement (Doc. 49), to the United States Court of Appeals for the Tenth Circuit.

Respectfully Submitted,

HINKLE LAW FIRM LLC
1617 North Waterfront Parkway, Suite 400
Wichita, Kansas 67206
TEL:  (316) 267-2000
FAX:  (316) 264-1556

/s/ Paul J. Skolaut
Paul J. Skolaut, #22143
jskolaut@hinklaw.com
Jesse J. Gutierrez, #28583
jgutierrez@hinklaw.com
**Attorneys for Plaintiff**
**The Cincinnati Insurance Company**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2022, I electronically filed the foregoing **Notice of Appeal** with the clerk of the court using the CM/ECF system which will send a notice of electronic filing to the following:

Douglas M. Weems, KS #14771
dweems@spencerfane.com
Barry L. Pickens, KS # 15822
bpickens@spencerfane.com
SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
TEL: (816) 474-8100

Dan J. Hofmeister, admitted *Pro Hac Vice*
dhofmeister@reedsmith.com
Kevin D. Tessier, admitted *Pro Hac Vice*
ktessier@reedsmith.com
Caitlin O. Young, admitted *Pro Hac Vice*
coyoung@reedsmith.com
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, IL 60606
TEL: (312) 207-1000
**Attorneys for Defendant**
**Blue Cross and Blue Shield of Kansas, Inc.**

Brenda L. Head, #15657
bhead@fflawllp.com
FRIEDEN & FORBES, LLP
1414 SW Ashworth Pl., Ste. 201
Topeka, KS 66604
TEL: (785) 354-1100

Jose M. Portela, admitted *Pro Hac Vice*
jose@bptriallaw.com
Sarita A. Smithee, admitted *Pro Hac Vice*
sarita@bptriallaw.com
BECKHAM PORTELA
3400 Carlisle Street, Suite 550
Dallas, TX 75204
TEL: (214) 996-0209
**Attorneys for Defendants**
**Orchestrate HR, Inc. & Vivature, Inc.**

/s/ Paul J. Skolaut
Paul J. Skolaut, #22143